NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3260

ROSS MILLIGAN,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

David Schlachter, Law Offices of David Schlachter, of Uniondale, New York, argued for petitioner.

Jane W. Vanneman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, Martin F. Hockey, Jr., Assistant Director, and Meredyth Cohen Havasy, Trial Attorney.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3260

ROSS MILLIGAN,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      NY0752060016-B-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (GAJARSA, PLAGER, and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED May 8, 2009        /s/ Jan Horbaly
                       Jan Horbaly, Clerk